(No. 75-CC-214— 

EXXON COMPANY, U.S.A., A FOREIGN CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed December 31, 1974.*

GIFFIN, WINNING, LINDNER, NEWKIRK, COHEN, BODEWES, & NARMONT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-226— 

HIRES TRUCKING CO., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 31, 1974.*

HIRES TRUCKING CO, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.